THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v KENNETH BROWN, Respondent. 
 (Appeal from Order of Onondaga County Court, Mulroy, J.—Dismiss Indictment.) Present—Callahan, J. P., Doerr, Green, Balio and Lawton, JJ.

 FRANCIS C. MAY, JR., Appellant, v ASSESSOR OF TOWN OF LANCASTER et al., Respondents. 
 Memorandum: The court properly denied petitioner's motion to vacate an order dismissing his petition for review of the tax assessment of his property. Petitioner did not comply with respondents' demand for disclosure of a statement of income and expenses (see, CPLR 3140; 22 NYCRR 202.59 [b]). (Appeal from Order of Supreme Court, Erie County, Gorski, J.—Vacate Default Judgment.) Present—Callahan, J. P., Doerr, Green, Balio and Lawton, JJ.